ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DEBORAH E. YIM
Assistant United States Attorney
California State Bar #217400
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2447
    Facsimile:  (213) 894-7819
    E-mail:  deborah.yim@usdoj.gov

Attorneys for Defendant
ANTHONY FOXX,
Secretary of Transportation[1]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS E. GREEN, an individual, | Case No: CV 12-6561 CBM (AGRx) |
| Plaintiff, | Assigned to the Honorable Consuelo B. Marshall |
| vs. | |
| ANTHONY FOXX, Secretary of Transportation | **ORDER DISMISSING ACTION WITH PREJUDICE [JS-6]** |
| Defendant. | |

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Anthony Foxx, Secretary of the United States Department of Transportation, is automatically substituted for Ray LaHood.

1       The parties having filed a Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety; and
2. Each party shall bear their own costs of suit and fees.

DATED: Jan. 9, 2014

_____
The Honorable Consuelo B. Marshall
United States District Judge

– 2 –